■ The People of the State of New York, Respondent, v Joe Thomas, Appellant. [823 NYS2d 688]—Appeal by the defendant from a judgment of the County Court, Nassau County (Brown, J.), rendered April 9, 2003, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not deprived of a fair trial as a result of alleged prosecutorial misconduct (*see*

*People v Andrews,* 30 AD3d 434 [2006]; *People v Trinidad,* 22 AD3d 612 [2005]).

Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]; *People v Sanchez,* 267 AD2d 960 [1999]; *People v Winbush,* 199 AD2d 447 [1993]). Schmidt, J.P., Santucci, Mastro and Fisher, JJ., concur.